IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIA R. WAGNER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-cv-00124 |
| | § | |
| PENNYMAC LOAN SERVICES, LLC, and | § | |
| BARRETT DAFIN FRAPPIER | § | |
| TURNER & ENGEL, LLP, | § | |
| | § | |
| *Defendants*. | § | |

## Proposed Order Granting Defendant Barrett's Motion to Dismiss

On this day came on for consideration Defendant Barrett Daffin Frappier Turner & Engel, LLP ("Barrett")'s motion to dismiss Plaintiff Tia R. Wagner ("Wagner")'s claims against it under Federal Civil Procedure Rule 12(b)(6) (the "Motion"). After reviewing the Motion, any response thereto, and the pleadings on file, this Court is of the opinion that the Motion is well taken and should, in all things, be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Wagner's claims against Barrett are hereby dismissed with prejudice.

SIGNED on the _____ day of _____, 2016.

_____
JUDGE PRESIDING

**PROPOSED ORDER GRANTING DEFENDANT BARRETT'S MOTION TO DISMISS**