IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIA WAGNER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-0124-N |
| | § | |
| PENNYMAC LOAN SERVICES LLC, | § | |
| BARRETT DAFFIN FRAPPIER | § | |
| TURNER & ENGEL LLC | § | |
|     Defendants. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

      The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

      **SO ORDERED** this 16th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE